# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, et al.,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>ENVIRONMENTAL PROTECTION CORPORATION,<br>　　　　Defendant. | Case No.: 1:19-cv-00807-LJO-JLT<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION TO GRANT MOTION FOR DEFAULT JUDGMENT<br><br>(Doc. 22) |

On June 7, 2019, Plaintiffs filed its complaint against the Environmental Protection Corporation. (Doc. 1.) On June 24, 2019, Defendant was personally served through its registered agent, Thomas Johnson, pursuant to Federal Rule of Civil Procedure 4. (Doc. 12.) Defendant failed to file a responsive pleading as required by Federal Rule of Civil Procedure 12(a)(1)(A)(i).

Upon motion by Plaintiffs, the Court entered the Clerk's Certificate of Entry of Default against Defendant on July 22, 2019. (Docs. 15, 16.) On August 21, 2019, Plaintiffs filed a motion seeking default judgment against Defendant. (Doc. 20.) The Court issued findings and recommendation to grant motion for default judgment on September 13, 2019, providing the parties fourteen days to file any objections to the recommendation. (Doc. 22.) In addition, the parties were "advised that failure to file objections within the specified time may waive the right to appeal the District Court's order." (Doc. 22 at 9, citing Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991);

Wilkerson v. Wheeler, 772 F.3d 834, 834 (9th Cir. 2014)). To date, no objections have been filed and the time period for doing so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds the findings and recommendation to be supported by the record and proper analysis.

Accordingly, the Court orders as follows:

1. The findings and recommendation dated September 13, 2019 (Doc. No. 22) is adopted in full;
2. Plaintiffs' motion for default judgment is granted, and Plaintiffs are awarded cost recovery in the amount of $18,147,595.24; and
3. The Clerk of Court is directed to close the action.

IT IS SO ORDERED.

Dated: **October 2, 2019**         **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE